STEVEN KALAR
Federal Public Defender
DANIEL P. BLANK
Senior Litigator
450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Daniel_Blank@fd.org

Counsel for Defendant CARDONA-NAVARRO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WELBUR CARDONA-NAVARRO,<br><br>Defendant. | **Case No.:** CR 19-0541 WHO<br><br>**SENTENCING MEMORANDUM**<br><br>**Court:** **Hon. William H. Orrick III**<br>**Date:** February 20, 2020<br>**Time:** 1:30 p.m. |

**ARGUMENT**

Defendant Welbur Cardona-Navarro, 21 years old with just two prior misdemeanor Illegal Entry convictions resulting in conviction of 60 days imprisonment each, has pleaded guilty to selling $20 worth of heroin and possessing with intent to distribute a similar quantity of crack cocaine. *See* PSR Sentencing Recommendation at 2. In the Final Presentence Report, the U.S. Probation Officer recommends a downward variance under the factors of 18 U.S.C. § 3553(a) from the advisory guideline range of 24-30 months, based upon Criminal History Category III and Offense Level 15, to a sentence of 12 months and 1 day. *See id.* Mr. Cardona-Navarro is pleased to join the U.S. Probation Officer's recommendation.

As noted by the U.S. Probation Officer, Mr. Cardona-Navarro "experienced a challenging upbringing" resulting from the extreme poverty and violence in his village in Honduras, where he will certainly be deported to after completing his sentence in this case. PSR Sentencing Recommendation at 2; *see also* PSR ¶¶ 36-38. Nevertheless, despite a very limited elementary school education, Mr. Cardona-Navarro has developed skills in construction work, a field that he hopes to pursue upon being reunited with his wife and young child back in Honduras. *See* PSR Sentencing Recommendation at 2.

With regard to the appropriate sentence here under the factors of 18 U.S.C. § 3553(a), Mr. Cardona-Navarro respectfully submits that his actual criminal history of two prior misdemeanor sentences of 60 days each for Illegal Entry in 2017 and 2018 is better represented by Criminal History Category II rather than Category III. In addition, it is respectfully submitted that the Offense Level in this case is arbitrarily inflated by the disparate treatment of crack versus powder cocaine. As set forth in the Final PSR, the 10.86 grams of heroin sold in this case is the equivalent of 10.86 kilograms of Converted Drug Weight (CDW) and the 8.40 grams of crack cocaine possessed with intent to distribute is the equivalent of 30.00 kilograms of CDW, resulting in a total of 40.86 kilograms of CDW and an adjusted offense level of 18. PSR ¶¶ 14-19. By contrast, 8.4 grams of powder cocaine would only be the equivalent of 1.68 kilograms of CDW. *See* U.S.S.G. § 2D1.1 (app. n. 8(D)) (providing that one gram of powder cocaine equals 200 grams of CDW while one gram of crack cocaine equals 3571 grams of

CDW).  The Supreme Court has long recognized that a policy disagreement with the disparate treatment of crack and powder cocaine by the U.S. Sentencing Guidelines can serve as the basis for a downward variance under the factors of 18 U.S.C. § 3553(a).  *See Kimbrough v. United States,* 552 U.S. 85, 110 (2007).

If crack and powder cocaine were treated equally by the U.S. Sentencing Guidelines, then the Total Offense Level here, after a two-level downward adjustment for acceptance of responsibility, would be 12, based upon 12.54 kilograms of CDW.  *See* U.S.S.G. § 2D1.1(c)(13).  The resulting advisory guideline range under Criminal History Category II would be 12-18 months.  Based upon these points, Mr. Cardona-Navarra respectfully submits that the appropriate sentence in this case is 12 months and 1 day in custody, which is the same sentence recommended by the U.S. Probation Officer.

## CONCLUSION

For the aforementioned reasons, the Court should sentence Mr. Cardona-Navarro to a term of imprisonment of 12 months and 1 day.

Dated:   February 13, 2020

Respectfully submitted,

STEVEN KALAR
Federal Public Defender
Northern District of California

          /S          
DANIEL P. BLANK
Assistant Federal Public Defender